# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of                )
*(Briefly describe the property to be searched*    )
*or identify the person by name and address)*     )    Case No. 2:23-cr-00827
                                              )
The residence specifically described in the Affidavit of    )
DEA TFO Michael Gurrieri dated September 25, 2023    )
                                              )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to the Affidavit of DEA TFO Michael Gurrieri, dated September 25, 2023

located in the _____Judicial_____ District of _____South Carolina_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the Affidavit of DEA TFO Michael Gurrieri, dated September 25, 2023

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC section 841 (a)(1) | Possession with Intent to Distribute a Controlled Substance |
| 21 USC section 846 | Conspiracy to distribute a controlled substance |

The application is based on these facts:

See the Affidavit of DEA TFO Michael Gurrieri, dated September 25, 2023

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Michael Gurrieri*
*Applicant's signature*

Michael Gurrieri, DEA TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means)*.

Date: September 25, 2023

*Molly H. Cherry*
*Judge's signature*

City and state: Charleston, SC     Molly H. Cherry, United States Magistrate Judge
*Printed name and title*